# EXHIBIT C

1          **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3        **HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE**

4
MY CHOICE SOFTWARE, LLC,                    )
5                                           )
                        Plaintiff,          )   **Certified Transcript**
6                                           )
           vs.                              )   Case No.
7                                           )   8:22-cv-01710-DOC-DFM
TASKUS, INC., et al.,                       )
8                                           )
                        Defendants.         )
9   _____)

10

11

12

13                REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                      MOTION TO DISMISS

15                    MONDAY, MAY 1, 2023

16                        9:17 A.M.

17                   SANTA ANA, CALIFORNIA

18

19

20

21

22   _____

23            **DEBBIE HINO-SPAAN, CSR 7953, CRR**
             FEDERAL OFFICIAL COURT REPORTER
24           411 WEST 4TH STREET, ROOM 1-053
                 SANTA ANA, CA 92701
25               dhinospaan@yahoo.com

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFF:**

      HANSEN LAW FIRM, P.C.
      BY:  CRAIG ALAN HANSEN, ESQ.
      75 East Santa Clara Street
      Suite 1150
      San Jose, California 95113
      408-715-7980
      craig@hansenlawfirm.net

**FOR DEFENDANTS SHOPIFY, INC., SHOPIFY HOLDINGS USA, INC., SHOPIFY USA, INC.:**

      HUESTON HENNIGAN LLP
      BY:  MOEZ M. KABA, ESQ.
      523 West Sixth Street
      Suite 400
      Los Angeles, California 90014
      213-788-4340
      mkaba@hueston.com

      HUESTON HENNIGAN LLP
      BY:  SOURABH MISHRA, ESQ.
      620 Newport Center Drive
      Suite 1300
      Newport Beach, California 92660
      949-229-8640
      smishra@hueston.com

**FOR DEFENDANT TASKUS, INC.:**

      DAVIS WRIGHT TREMAINE LLP
      BY:  SPENCER PERSSON, ESQ.
      865 South Figueroa Street
      Suite 2400
      Los Angeles, California 90017
      213-633-6800
      spencerpersson@dwt.com

|   | |
|---|---|
| 1 | **SANTA ANA, CALIFORNIA; MONDAY, MAY 1, 2023** |
| 2 | **9:17 A.M.** |
| 3 | **- - -** |
| 4 | |
| 09:17AM 5 | THE COURT:  My Choice Software vs. TaskUs. |
| 6 | Can I get an appearance by the plaintiff. |
| 7 | MR. HANSEN:  Yes, Your Honor.  Good morning.  Craig |
| 8 | Hansen appearing for Plaintiff My Choice Software. |
| 9 | THE COURT:  You're Craig Sanders? |
| 09:17AM 10 | MR. HANSEN:  Craig Hansen. |
| 11 | THE COURT:  Craig Hansen.  Just a moment. |
| 12 | Who's Bruno Tarabichi? |
| 13 | MR. HANSEN:  He's my colleague. |
| 14 | THE COURT:  Okay.  Thank you. |
| 09:17AM 15 | Who's Sarah Wager? |
| 16 | MR. HANSEN:  Also my colleague. |
| 17 | THE COURT:  Remember, we get a raft of names coming |
| 18 | in and we never know who's here. |
| 19 | You're lead counsel? |
| 09:17AM 20 | MR. HANSEN:  I am. |
| 21 | THE COURT:  Nice meeting you. |
| 22 | Where are your offices located? |
| 23 | MR. HANSEN:  San Jose. |
| 24 | THE COURT:  Okay.  I lived in Fremont for a while so |
| 09:18AM 25 | you catch South- -- no, American Airlines coming down here. |

1          You're -- well, I've got seven names here.  So I'm

2     not going to guess who are you.

3          MR. KABA:  Good morning, Your Honor.  Moez Kaba on

4     behalf of the three Shopify defendants.

09:18AM 5          THE COURT:  Just a moment.  K-a-b-a?

6          MR. KABA:  Yes, Your Honor.

7          THE COURT:  You're with Shopify.  It's nice to meet

8     you.

9          Where are your offices located?

09:18AM 10          MR. KABA:  I am in our Los Angeles office.  We have

11     an office in Orange County, and we just opened an office in

12     New York.

13          THE COURT:  But you in particular.  In other words,

14     the reason I always ask that is to see if I can always get

09:18AM 15     counsel in and out if you're from out of state.  But you're

16     local in a sense.

17          MR. KABA:  I'm splitting my time between New York

18     and L.A., but I am here.

19          THE COURT:  Okay.  Nice meeting you.

09:18AM 20          Who are you?

21          MR. MISHRA:  Sourabh Mishra from Hueston Hennigan on

22     behalf of the three Shopify defendants.

23          THE COURT:  Who?

24          MR. MISHRA:  Sourabh, S-o-u-r-a-b-h, last name

09:19AM 25     Mishra, M-i-s-h-r-a.

```
 1              THE COURT:  And who do you represent?

 2              MR. MISHRA:  The three Shopify defendants:  Shopify,

 3    Inc., Shopify USA, and Shopify Holdings.

 4              THE COURT:  Okay.

 5              MR. PERSSON:  Good morning, Your Honor.  Spencer

 6    Persson on behalf of Defendant TaskUs, Inc.

 7              THE COURT:  Thank you very much.

 8              Who's Rachel Douglas?

 9              MR. PERSSON:  Rachel is one of my associates.

10              THE COURT:  Who's Seth Tangman?

11              MR. PERSSON:  He is also one of my associates.

12              THE COURT:  Who's Christine Woodin?

13              MR. KABA:  She's a colleague of ours, Your Honor.

14              THE COURT:  Who's Allison Libeu?

15              MR. KABA:  Same.

16              THE COURT:  Why are they included on this list?  And

17    it's okay if they are.  Just why do I have the whole law firm?

18    I'm just kidding you.

19              Why are they included?  Billable hours or what?

20              MR. KABA:  Why are they included?

21              THE COURT:  Why are they included?

22              MR. KABA:  Your Honor, there's been a series of

23    cases filed.  So we have a team of people working on these

24    cases today.  In the interest of efficiency, just Mr. Mishra

25    and I are here on a --
```

1          THE COURT:  And you're lead counsel?

2          MR. KABA:  I am lead counsel, Your Honor.

3          MR. MISHRA:  I'm supporting Mr. Kaba.

4          THE COURT:  Okay.  That's fine.

09:20AM 5          MR. KABA:  Sometimes I think I'm supporting

6   Mr. Mishra, but technically, I am lead counsel, Your Honor.

7          THE COURT:  No problem.

8          First on page 2, are both defendants joined -- and

9   you have to help me -- are both defendants joined in the motion

09:20AM 10   concerning forum selection clause, or is this clause only

11   specific to Shopify?

12          MR. KABA:  Your Honor, just so I can be clear, when

13   you refer to both defendants, are you referring to all of the

14   Shopify entities and TaskUs?

09:21AM 15          THE COURT:  Yes.

16          MR. KABA:  Okay.  Our motion on behalf of --

17          THE COURT:  Let's start with does this apply to all

18   Shopify entities?

19          MR. KABA:  It does, Your Honor.

09:21AM 20          THE COURT:  Does it apply to the codefendant as

21   well?  Is there a forum selection clause --

22          MR. PERSSON:  No.  The forum selection clause does

23   not apply to TaskUs.

24          THE COURT:  Only as to Shopify.  Okay.

09:21AM 25          And you believe that as to the three Shopify

defendants, that this forum selection clause would lead to the

forum being Canada; is that correct.

MR. KABA:  Yes, Your Honor.  That's the forum the

parties selected in their contract.

09:21AM  THE COURT:  I don't know enough about your case.  I

say that humbly right now.  If you are correct, that would

leave, at least for jurisdiction purposes, the codefendant in

this case.

MR. KABA:  I believe actually the codefendant is

09:22AM  also moved to dismiss for lack of -- that this is not the right

court, but --

MR. PERSSON:  Yeah, we've moved on jurisdictional

grounds as well, but that wouldn't be under the forum selection

clause, that would be based on principal place of business.

09:22AM  THE COURT:  These forum selection causes are pretty

easy to decide.  I mean, it's in writing, et cetera.  The

others take some analysis in the proper forum, et cetera.

But on the forum selection clause, if you are right,

I could be in the position of granting your motion and denying

09:22AM  your motion.  And I'm trying to weigh the future of what that

looks like in two different forums.  We haven't gotten there

yet.

I don't know what I'm going to do with your forum

selection clause yet.  I wanted to speak to you first before I

09:23AM  weighed into that, nor do I know about your motion to dismiss

1    brought by the codefendant.

2                MR. KABA:  Your Honor.

3                THE COURT:  I'm looking at the bottom of page 5.

4    And assuming that we got into litigation, and assuming this was

09:24AM 5    the proper forum, I see 423,179 records.  Somebody put this

6    into a scheduling conference report to apparently tell me that

7    this was a voluminous document case.  In other words, usually

8    we put that in to tell the judge that this is so complex.

9                What are these records?

09:24AM 10                MR. HANSEN:  I can speak to that, Your Honor.

11                THE COURT:  Yeah.

12                MR. HANSEN:  So that comes from our allegations,

13   Your Honor.  Those are the My Choice documents and records that

14   were infiltrated as part of the data breach.

09:24AM 15                THE COURT:  Readily accessible?

16                MR. HANSEN:  Yes.

17                THE COURT:  So you don't have to go on a fishing

18   expedition.  These are easily obtained by the plaintiff?

19                MR. HANSEN:  I would -- well, we would need to

09:25AM 20   obtain them from the defendants.

21                THE COURT:  And why would I be asking that silly

22   question to both of you?  You're excellent counsel.

23                MR. HANSEN:  I believe you're gauging the level of

24   complexity of discovery in this case.

09:25AM 25                THE COURT:  Right.  It's whether I'm going to get a

**UNITED STATES DISTRICT COURT**

special master right away, what my deposition problems are,

where your folks are located, whether they're in Canada or

here, you know, if I'm going to drag you in here every two

weeks or get a special master at your convenience.  That's why

09:25AM  I'm asking.  You're absolutely right.

And you believe that you're asking for damages of

over $100 million?

MR. HANSEN:  That's our estimate now.

THE COURT:  Okay.  The data breach that occurred, it

09:25AM  appears, at least from reading the scheduling conference, that

you have a belief that that isn't difficult to prove because

there's almost an admission of that, and then Shopify's good

faith efforts to rectify that from their perspective.

And, also, that this was a person primarily out of

09:26AM  their control.  And how that flies with the jury, what the

employment situation was, I don't know.  You probably are

looking at negligence minimally, lack of oversight for want of

a better word.

So regardless how far Shopify tries to distance

09:26AM  themselves, if it's still an employee, especially if the

employee had good records in the past or even bad records and

didn't fire them --

MR. KABA:  Your Honor, it wasn't an employee.

THE COURT:  Was it a contractor?

09:26AM  MR. KABA:  It was -- so Shopify contracted with

```
 1   TaskUs.  It was an individual who had an affiliation
 2   association with TaskUs.  Mr. Heinrich, who has been criminally
 3   charged, pled guilty to this.
 4              THE COURT:  That's why you sued?
 5              MR. KABA:  I'm sorry?
 6              THE COURT:  Cross-Complaint?
 7              MR. KABA:  We have not sued Mr. Heinrich.  We have
 8   not currently sued TaskUs, but --
 9              THE COURT:  Why?
10              MR. KABA:  I think the statute of limitations has
11   not run.  And I think because this suit has been filed, there
12   have been some other suits filed.  At the moment, we are trying
13   to address the litigation that has been filed.
14              THE COURT:  Where are the other suits that have been
15   filed?
16              MR. KABA:  I apologize.
17              THE COURT:  No, that's my fault.
18              Where are the other suits filed?
19              MR. KABA:  There is a suit that has been filed by
20   this same plaintiff alleging the same cause of -- one of the
21   same causes of action in state court in California.
22              THE COURT:  Okay.
23              MR. KABA:  There is a suit -- did you ask why?
24              THE COURT:  Yeah.
25              MR. KABA:  There's a suit that has been filed by a
```

09:27AM (line 5)
09:27AM (line 10)
09:27AM (line 15)
09:27AM (line 20)
09:28AM (line 25)

```
 1   consumer in Delaware.
 2              THE COURT:  I see.  Represented by the same counsel?
 3              MR. KABA:  Different -- we now represent Shopify in
 4   that suit as well.  They were --
 5              THE COURT:  I'm sorry, same plaintiff's counsel?
 6              MR. KABA:  No, Your Honor.  This plaintiff's counsel
 7   actually doesn't even represent this plaintiff in the state
 8   court action.  It's led to a little bit of confusion on our
 9   part about why there are two lawsuits both asserting a
10   negligence cause of action.
11              When we asked the plaintiff's counsel in the state
12   court case, they told us "We're going to dismiss our case."
13   And then we found out they weren't dismissing our case.  So
14   we've been a little bit -- just confused about how to deal with
15   the plaintiff ourselves.
16              THE COURT:  Have you had any contact with the
17   plaintiff in the state court action?
18              MR. HANSEN:  With the plaintiff or the plaintiff's
19   counsel?
20              THE COURT:  I'm sorry, plaintiff's counsel.
21              MR. HANSEN:  Yes.  Minimal contact, Your Honor.
22              THE COURT:  Well, that means some contact.  So the
23   answer is "yes"?
24              MR. HANSEN:  The answer is "yes."
25              THE COURT:  Okay.  Good.
```

**UNITED STATES DISTRICT COURT**

1            And is it LA Superior Court, Orange County Superior

2    Court?

3            MR. KABA:  San Francisco, Your Honor.

4            THE COURT:  San Francisco.  Okay.

09:29AM 5            So we have a state court proceeding going forward

6    and a federal proceeding, different claims, of course.

7            MR. HANSEN:  I understand that the state court case

8    is a class action filed by a class action firm.  My client is

9    the plaintiff in both cases, but I know of no affiliation with

09:29AM 10   class action counsel.

11            THE COURT:  No.  But regardless, your client is

12    involved in both the state and federal?

13            MR. HANSEN:  Correct, Your Honor.

14            THE COURT:  So get two bites out of the apple.  Just

09:29AM 15   joking.

16            So what's going to happen with our state case?  Why

17    wouldn't we simply resume supplemental jurisdiction on that?

18            MR. HANSEN:  That is a possibility.

19            THE COURT:  It is.  Or I can give the state back to

09:29AM 20   the state, but do you have CAFA grounds for being here?  In

21    other words, what's our jurisdiction?  CAFA?

22            MR. HANSEN:  We have the -- a diversity jurisdiction

23    here.

24            THE COURT:  That's CAFA.  Well, you don't have a

09:30AM 25   class action, I'm sorry.  I'm wrong about that.  You don't have

```
 1   CAFA.  You have complete diversity here.
 2             MR. HANSEN:  Correct.
 3             THE COURT:  Well, I can see the case potentially, if
 4   Shopify is successful, on a forum selection clause.  I mean
 5   hypothetically going up to Canada on a California action.
 6   You're still left, hypothetically.  I mean, I'm giving us the
 7   worst-case scenario.  I'm not making a ruling.
 8             MR. KABA:  Your Honor, can I just correct one thing?
 9             THE COURT:  Sure.
10             MR. KABA:  This isn't -- there isn't complete
11   diversity.  There is a -- actually a federal claim that's been
12   asserted.  There's computer fraud and abuse.  I believe that's
13   the reason why we're here.
14             Counsel can correct me if I'm wrong, but -- for
15   example, Your Honor, plaintiff is a California limited
16   liability company, and one of the -- Mr. Heinrich, who's the
17   one that pled guilty, is also a California resident.  So that
18   would destroy diversity.  But there is a federal claim here.
19             We have not yet been served in the state court
20   action, but we expect that we will accept service in the near
21   term.  And, Your Honor, our motion to dismiss that is on behalf
22   of the Shopify entities in addition to the forum selection
23   clause argument, which, as Your Honor pointed out, is often
24   clear, there's even a breach of contract case against us
25   arising out of that very contract.
```

1       We also have personal jurisdiction arguments, and we

2  also have traditional 12(b) arguments.  So when we get served

3  with a state court case, we may well end up having to pursue

4  the forum selection clause argument again in that case.  That's

09:31AM 5  sort of the lay of the land.

6       THE COURT:  For judicial efficiency, I don't want to

7  see the plaintiffs getting multiple bites out of the apple on

8  the same fact situation.

9       MR. KABA:  I agree.

09:32AM 10      THE COURT:  By the same token, I don't like the

11  scattering, if you are correct, on the forum selection clause

12  with three different jurisdictions involved, potentially the

13  state, the federal here, if you remain, hypothetically, and

14  Canada.  That's somewhat ridiculous also.

09:32AM 15      MR. KABA:  I do believe, Your Honor, that the forum

16  selection clause argument will apply with equal force in that

17  state court action.  We just haven't had a reason yet to

18  present it.  And we may, Your Honor, even in that state court

19  action removed to federal court when we get served under, as

09:32AM 20  you point out, CAFA.

21      THE COURT:  That leaves our codefendant who I want

22  to talk to for a moment.  Let's assume the worst and hope for

23  the best from your perspective.  Let's assume you're still

24  here.  And let's assume that the forum selection clause is

09:32AM 25  granted by the Court.  You're left as a defendant.  You still

1    have to bring in many of the same witnesses, many of the same

2    parties to defend yourself, at least from Shopify, don't you?

3            MR. PERSSON:  Perhaps.  Yes.

4            THE COURT:  Well, that's perhaps, yes, but which

09:33AM 5    one?  I'm joking with you.

6            In other words, if you're planning your defense,

7    one's going to have to be tied into Shopify and what that

8    relation was, isn't it?

9            MR. PERSSON:  Yes.  The answer ultimately is that

09:33AM 10   the computer is even -- that TaskUs was using were Shopify

11   computers.  So necessarily there would be something that would

12   be needed from Shopify should Your Honor decide against us on

13   our jurisdiction.

14           THE COURT:  And let's assume you have a lot of

09:33AM 15   documentation that you need -- or some documentation.  Now you

16   have another party in this forum selection clause if I granted

17   that.  And you're dealing with Shopify over here trying to get

18   these documents if you need them.  And I'm not sure you need

19   them, but if you need them -- and that can be an interesting

09:33AM 20   effort on your part if they're not as cooperative as you'd

21   like.  Especially if they think that that harms a case up in

22   Canada, or if counsel there decides it's to their tactical

23   advantage to proceed in X speed when I'm proceeding in X speed.

24   And my speed -- trust me -- will be a lot faster than Canada.

09:34AM 25   So if you're left, there's going to be tremendous pressure on

```
 1   you to get these documents together.  And I don't know if you
 2   need them or not.
 3               MR. PERSSON:  Yes.
 4               THE COURT:  Let's just leave it at that.  I'm trying
 5   to think of all the parade of horribles that can occur
 6   because -- okay.
 7               Let's turn to page 12 and get more information for a
 8   moment.  I want to read to you, so you don't have to pull out
 9   that page, lines 19 to 23:
10               "On March 2nd, Superior Court Judge Ethan
11          Schulman" --
12               San Francisco?
13               MR. KABA:  Yes, Your Honor.
14               THE COURT:  -- "issued an order continuing the
15          March 7, 2023 case management conference.  He cited
16          plaintiff's case management conference statement
17          that he had apparently represented that a related
18          action is pending the U.S. District Court for the
19          Central District of California, and the parties are
20          actively working to settle both cases."
21               So somebody must have told Judge Schulman that
22   you're actively working to settle both cases.  I want you to
23   tell me about that active negotiation between the two of you.
24   When did you meet, who talked to whom?  Because I don't believe
25   you right now.
```

```
 1              MR. KABA:  Your Honor, that statement that

 2    plaintiff --

 3              THE COURT:  Is that statement false?

 4              MR. KABA:  That statement is false.  We -- the only

 5    discussion --

 6              THE COURT:  See how intuitive I am?  Who made that

 7    statement?

 8              MR. KABA:  Plaintiff MCS's counsel in the state

 9    court.  Not counsel here.

10              THE COURT:  Who's the counsel in state court?

11              MR. HANSEN:  Mr. Rich Quintilone.

12              THE COURT:  How are we going to get the gentleman

13    here?  I want to speak to him.  In other words, a front to my

14    Superior Court colleagues is a concern to me and vice versa.

15    And you can already see the disconnected information in which

16    you two are not parties to.

17              Do you understand that?

18              In fact, let me put on the record how much I'm

19    enjoying counsel, that they're excellent counsel, so we get

20    that out of the way.

21              But you can see the gamesmanship being played back

22    and forth, can't you?  And after 24 years, I just love these

23    games.

24              Where is your client located again?

25              MR. HANSEN:  Lake Forest.
```

| | |
|---|---|
| 1 | THE COURT:  Where is your client located? |
| 2 | MR. KABA:  Your Honor? |
| 3 | THE COURT:  Where is your client located? |
| 4 | MR. KABA:  We have three entities. |
| 09:36AM 5 | THE COURT:  Where are your clients located? |
| 6 | MR. KABA:  One of them is in Ontario, Canada; one of |
| 7 | them is in New York; and one of them is a Delaware company. |
| 8 | THE COURT:  Well, do you mind if I call |
| 9 | Judge Schulman?  I think he and I want to have a conversation |
| 09:37AM 10 | about the gamesmanship taking place here.  And I think he |
| 11 | should be aware of this statement because I'm not hearing any |
| 12 | act of settlement negotiations unless you represent to me |
| 13 | you're involved in settling this case with the state court |
| 14 | action. |
| 09:37AM 15 | MR. HANSEN:  No, Your Honor.  I've had amicable |
| 16 | discussions with my opposing counsel, and I think we all agree |
| 17 | we're not in a position to discuss settlement until the initial |
| 18 | pleading issues are resolved. |
| 19 | THE COURT:  How do we make this statement, if any of |
| 09:37AM 20 | you are aware, to my state court colleague, that the parties |
| 21 | are actively working to settle both cases?  I'm certainly not |
| 22 | hearing that.  In fact, that's an absolute flagrant and false |
| 23 | statement. |
| 24 | MR. KABA:  And, Your Honor, when we are finally -- |
| 09:37AM 25 | service is effected on us, we do intend to tell Judge Schulman |

we were not a party to that case management conference

statement.  We intend to tell him that all that we had been

told from plaintiffs in the state court case was they were

going to dismiss that action.  That is what we were told.

09:38AM          Later we find out that action, not only is it not

dismissed, but we just came upon this statement.  It was not --

it was not something that we would have been present for.

          MR. PERSSON:  And, Your Honor, on behalf of TaskUs,

we've never had any conversation.  We didn't even have that

09:38AM conversation about the potential dismissal.

          THE COURT:  You see how potentially misleading that

would be in my court if that statement was made?  Because I

would pay deference to my colleagues in the state court and pay

deference to you as counsel.  And if that's being made in state

09:38AM court -- and I don't know if this is true or not.  That's

unfair on my part -- but if this is made under penalty of

perjury, you could see how my state court colleague is delaying

his case thinking that something might be happening here in the

federal court.

09:38AM           MR. KABA:  Absolutely, Your Honor.

          THE COURT:  That's a little troublesome if that

occurred.

          MR. PERSSON:  And, Your Honor, one of the reasons

the statement may have been made and, obviously, I did not make

09:39AM the statement so I hesitate to attribute scienter, but they

1    filed that case in September.

2          THE COURT:  I wouldn't answer on his behalf right

3    now.  I wouldn't put yourself in that position.

4          Well, how are we going to get the other parties

09:39AM  5    here?  In other words, what's your best solution?  Because the

6    other party in the state court will be here.  I don't want to

7    inconvenience you folks, but I think Judge Schulman needs to be

8    involved also, so he can form his own opinions.  And maybe we

9    need to have a little hearing.

09:39AM 10          So do you -- first of all, your client is suing in

11    both forums.  They've just invited the attorneys.  You

12    represent you're not involved with the state litigators.

13          What are the names of the state litigators?

14          MR. HANSEN:  The attorney?

09:39AM 15          THE COURT:  Yes.

16          MR. HANSEN:  That's Richard Quintilone.

17          THE COURT:  Okay.  Richard Quintilone.  How do I

18    spell his last name?

19          MR. HANSEN:  I think it's fairly phonetic.  I don't

09:40AM 20    have the spelling in front of me.

21          MR. KABA:  Your Honor, we can pull it up.

22          THE COURT:  Okay.  Go ahead and pull it up.

23          MR. KABA:  Quintilone, Q-u-i-n-t-i-l-o-n-e.

24          THE COURT:  O-l --

09:40AM 25          MR. KABA:  Q-u-i-n-t-i-l-o-n-e.

1          THE COURT:  All right.  And do you know where the

2     offices are located?

3          MR. KABA:  I believe in Lake Forest.

4          THE COURT:  And where are you located?

09:41AM 5          MR. HANSEN:  San Jose, Your Honor.

6          THE COURT:  San Jose.  And I don't want that part of

7     the record, but do you have a phone number?

8          MR. KABA:  Just what's available on the Internet,

9     Your Honor.

09:41AM 10          THE COURT:  And could you give that to the clerk of

11     the Court.

12          MR. KABA:  We will write it down.

13          THE COURT:  Now, what's your suggestion?  I can do

14     this one of two ways.  I'd like to be as kind as possible along

09:41AM 15     our journey here.  First of all, I can request that he come in.

16     I can order him in, but in a sense, I don't have jurisdiction.

17     This is a state court matter.

18          Third, I can take a dramatic jump, which I'd like

19     not to, in filing an OSC in re contempt, but I don't feel

09:41AM 20     comfortable not hearing from him.  And as soon as I file that,

21     whether I'm right or wrong, your malpractice insurance goes

22     through the roof, in other words, just by filing that.  It's a

23     huge detriment to counsel.  And I don't want to do that until I

24     hear from this person.

09:42AM 25          You represent both clients.  And it's -- your client

1    is suing in two different forums.  I might suggest we approach

2    this slowly to begin with, as kindly as possible.  And you

3    might make a call and invite him to come in and see us today.

4              MR. HANSEN:  I can certainly do that, Your Honor.

09:42AM  5              THE COURT:  I think that would be the most kind

6    thing we can do right now until we get some more facts.  And

7    you're all ordered to remain.  We will sort this out sometime

8    today.  But eventually, I'm going to have him here.  It's how I

9    get him here and how detrimental that is that has to be a

09:42AM 10   concern to your client.  Because in a sense, although you're

11   two different attorneys, I view your client as one entity,

12   okay?

13             So I'm here all day.  Come on back in when you have

14   some contact with this person; otherwise, you're ordered to

09:43AM 15   remain in the area.  You can go across the street and have a

16   coffee, but I'll be here all day until 3:00 o'clock.  And then

17   I've got a meeting on some homeless cases with a couple mayors,

18   and then I'll be back about 4:30.

19             MR. KABA:  We won't be reaching out to MCS.

09:43AM 20             THE COURT:  No.  No.  I don't think it's appropriate

21   right now.  I think that the best person to reach out -- unless

22   I start signing orders.  If I start signing orders, it's

23   extraordinarily detrimental potentially to the other counsel,

24   which isn't fair, until he's here with an explanation.  I've

09:43AM 25   got remedies along the way, which I choose not to use at the

1    time.  We'll see how that works out.

2         Thank you very much.  You're ordered to remain in

3    the area.

4         **(Other matters were heard; reported,**

09:43AM  5        **and not transcribed herein.)**

6         THE COURT:  My Choice Software vs. TaskUs.

7         We're back on the record in the same matter,

8    22-0170.

9         Counsel, you've already made your appearances.

11:01AM 10        I think that the concern that the Court has that, I

11   think, all of us are starting to share is the representation

12   made to my colleague in the Superior Court and the inability to

13   get ahold of counsel -- just a moment.  Let me retrace from my

14   record, once again, although you're both aware of it.

11:03AM 15        If I granted your forum selection clause, if you

16   were correct, hypothetically, a portion of this case would go

17   to Canada because of that forum selection clause, which would

18   leave the codefendant TaskUs potentially in this court, unless

19   the Court granted the motion lacking jurisdiction that you

11:03AM 20   brought before the Court.  If I didn't, you'd be here.  We'd

21   have one portion of the case in Canada, and we'd also then have

22   a state court case filed by your client as well as a federal

23   court case, although we have different counsel on each case.

24   And the representation on page 12:

11:04AM 25        "On March 2nd, 2023, Superior Court

1    Judge Ethan Schulman, issued an order continuing

2    the March 7, 2023 case management conference.  He

3    cited, quote, 'plaintiff's case management

4    conference statement' that it apparently

11:04AM 5    represented, quote, that a related action is

6    pending in the U.S. District Court for the Central

7    District of California, and the parties are

8    actively working to settle both cases."

9        The representation on page 12, line 24, from the

11:05AM 10  parties is that:

11        "This was a false representation as MCS now

12    confirms that in this report the parties have not

13    had any discussions about settling either case, and

14    they certainly are not actively working to settle

11:05AM 15    both cases.  The extent of the parties'

16    conversation was MCS's representation that it would

17    be voluntarily dismissing this state court

18    litigation, a position has been reversed days

19    later."

11:05AM 20        So what I see is my colleague in the Superior Court

21  believing that active settlement negotiations are taking place

22  here.  And he probably believes in the state court that that's

23  going to wrap up both matters.  So he's delaying proceeding.

24  And this Court's in the position of having heard -- and

11:06AM 25  statement on the record by both parties that there's no active

1  settlement discussions underway to settle either case.  I think

2  we need, once again, to have a conversation with Richard

3  Quintilone.  But you represented on both sides he's very

4  difficult to get ahold of.

11:06AM  5        If you've got a phone number, can you give that to

6  the clerk for just a moment.  Let's get on the phone.

7        And Royal [sic], if we can call him for just a

8  moment in the form of the federal court calling, and if I can

9  speak to him in counsel's presence, okay?

11:06AM 10        MR. HANSEN:  May I approach the clerk, Your Honor?

11        THE COURT:  Certainly.

12        MR. KABA:  I provided the number.

13        THE COURT:  Don't say it out loud.  Just bring it up

14  to the clerk.

11:06AM 15        **(Pause in proceedings.)**

16        THE COURT:  And I don't want to inconvenience each

17  of you coming so far, but we need to find out so we're not

18  dividing out further what's happening in Superior Court,

19  federal court, maybe up in Canada, maybe back here.  That's not

11:07AM 20  good judicial economy.  And I'm a little concerned about the

21  representation made to my colleague Judge Schulman.

22        **(Telephonic conference with Mr. Quintilone's**

23        **law firm.)**

24        THE COURT:  Hello.  Can you hear me?

11:08AM 25        BECKY:  Yes, I can.

THE COURT:  This is Judge Carter.  First of all,
thank you for your courtesy.  How would we, through your best
efforts, get ahold of counsel?  I've got counsel in my court,
and I don't want them inconvenienced any further.  But by the
same token, we've got a situation where I'd like to speak to
your counsel.

BECKY:  Okay.  I have been unable to reach him.  I
can certainly give you his cell phone number or --

THE COURT:  Oh, no.  I don't want to do that.  I'd
rather have counsel have that.  I want to do that through your
offices.

BECKY:  Okay.

THE COURT:  Do you have his calendar by any chance?
I'd like to set a date that would be convenient for all counsel
to return along with Mr. Quintilone.

BECKY:  Thank you for that.  I do have the calendar
in front of me.

What date were you looking at?

THE COURT:  Well, is it possible this week on either
a Thursday or Friday?

MR. HANSEN:  And, Your Honor, just so you're aware,
I'm leaving for a family vacation on Friday.

THE COURT:  Well, it won't be Friday.

Either Thursday or a time next week, if possible.

MR. HANSEN:  I will be out next week.

1          THE COURT:  It won't be next week either.

2          Is Thursday possible?

3          MR. KABA:  Your Honor, both Mr. Mishra and I are

4    traveling to the East Coast on Thursday.  If one of my

11:09AM 5    colleagues --

6          THE COURT:  No, no.  You're all here.  So let's make

7    it convenient.  Also, let's give the gentleman plenty of time.

8          Perhaps the week after?  Would that fit your

9    schedules?

11:09AM 10          MR. HANSEN:  I'm returning on the 15th.

11          THE COURT:  Just a moment.  Before we speak to the

12    very nice person on the phone representing Mr. Quintilone or

13    the lady who is taking this, come up with a date, then, in two

14    or three weeks.  There doesn't need to be any rush, but I need

11:10AM 15    him here.  And I don't want to call Judge Schulman yet.  I want

16    to see what these representations are being made between our

17    two courts.

18          BECKY:  Okay.  I definitely appreciate your working

19    with us.  The 15th and the 16th, Monday or Tuesday, are open.

11:10AM 20    Would either of those dates work for Your Honor?

21          THE COURT:  We'll make them work.  How is that?

22    They're coming from a long ways.

23          Counsel, would the 15th or 16th work for you?

24          MR. KABA:  The 16th works for us.

11:10AM 25          THE COURT:  Okay.

| | |
|---|---|
| 1 | MR. HANSEN:  The 16th works, Your Honor. |
| 2 | THE COURT:  Can we have that?  I'll probably be in |
| 3 | trial on that day.  Can we have that at 7:30 in the morning? |
| 4 | MR. KABA:  Whatever time you'd like. |
| 11:10AM 5 | THE COURT:  Well, you're coming at 7:30 then. |
| 6 | Could we work through you, then, as the person in |
| 7 | contact with Mr. Quintilone and get -- set this on his calendar |
| 8 | for 7:30 on March 16th?  I think you're in Lake Forest, aren't |
| 9 | you? |
| 11:11AM 10 | BECKY:  Yes.  Correct. |
| 11 | THE COURT:  Okay.  Then I'll send out notice.  And |
| 12 | can I send it also to your firm that he's ordered to come into |
| 13 | court on that date? |
| 14 | BECKY:  Yes.  Absolutely. |
| 11:11AM 15 | THE COURT:  That way he'll have a formal document |
| 16 | and you're not caught with just a phone call.  Fair enough? |
| 17 | BECKY:  16th at 7:30.  And thank you, Your Honor. |
| 18 | My name is Becky. |
| 19 | THE COURT:  Tuesday the 16th, 7:30. |
| 11:11AM 20 | Counsel, we'll send out a formal notice, but I need |
| 21 | the address. |
| 22 | Could you give us the proper address where we would |
| 23 | send that notice ordering the gentleman in? |
| 24 | BECKY:  Quintilone & Associates is 22974 El Toro |
| 11:11AM 25 | Road, Suite 100. |

```
 1                   THE COURT:  Just a moment.

 2                   We've got it, Royal?

 3                   THE COURTROOM DEPUTY:  Yes, Your Honor.

 4                   THE COURT:  Okay.  Lake Forest, California.  What's

 5         your ZIP code?

 6                   BECKY:  92630.

 7                   THE COURT:  Okay.  Counsel, does that work for

 8         everyone?  We'll accommodate Mr. Quintilone.

 9                   MR. HANSEN:  I am flying back from France on the

10         15th.  So being here on the 16th at 7:30 --

11                   THE COURT:  Then I could take the lunch hour.  We'll

12         put you on CourtSmart instead.

13                   So how about 12:00 noon?

14                   MR. KABA:  Sure.

15                   THE COURT:  Listen, could we change that from 7:30

16         to 12:00 noon?  And my staff, that way, can take a break, but I

17         can go on CourtSmart and accommodate everybody if I'm in trial.

18         Fair enough?

19                   BECKY:  All right.  That would be in person for

20         Mr. Quintilone; correct?

21                   THE COURT:  Absolutely.

22                   BECKY:  Okay.  Thank you, Judge Carter.  I

23         appreciate it.

24                   THE COURT:  Very kind of you to answer the phone.

25         Thank you very much.  Bye-bye now.
```

1          **(Telephonic conference concluded.)**

2               THE COURT:  Okay, Counsel, then, noon, and we'll get

3     you out of here.  We'll take it over the noon hour in case I'm

4     in trial and resolve it.  Thank you for your courtesy.

5          **(Proceedings conclude at 11:12 a.m.)**

6                    **--oOo--**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        *CERTIFICATE OF OFFICIAL REPORTER*

2

3  COUNTY OF LOS ANGELES   )
                          )
4  STATE OF CALIFORNIA     )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, in and for the United States District Court for

7  the Central District of California, do hereby certify that

8  pursuant to Section 753, Title 28, United States Code that the

9  foregoing is a true and correct transcript of the

10  stenographically reported proceedings held in the

11  above-entitled matter and that the transcript page format is in

12  conformance with the regulations of the Judicial Conference of

13  the United States.

14

15  *Date:  May 11, 2023*

16

17

18

19                              */S/ DEBBIE HINO-SPAAN*

20                              *Debbie Hino-Spaan, CSR No. 7953*
                               *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**$**

**$100** [1] - 9:7

**/**

**/S** [1] - 31:19

**1**

**1** [2] - 1:14, 3:1
**1-053** [1] - 1:24
**100** [1] - 28:25
**11** [1] - 31:15
**1150** [1] - 2:5
**11:12** [1] - 30:5
**12** [3] - 16:7, 23:24, 24:9
**12(b** [1] - 14:2
**12:00** [2] - 29:13, 29:16
**1300** [1] - 2:15
**15th** [4] - 27:10, 27:19, 27:23, 29:10
**16th** [8] - 27:19, 27:23, 27:24, 28:1, 28:8, 28:17, 28:19, 29:10
**19** [1] - 16:9

**2**

**2** [1] - 6:8
**2023** [6] - 1:14, 3:1, 16:15, 23:25, 24:2, 31:15
**213-633-6800** [1] - 2:21
**213-788-4340** [1] - 2:12
**22-0170** [1] - 23:8
**22974** [1] - 28:24
**23** [1] - 16:9
**24** [2] - 17:22, 24:9
**2400** [1] - 2:20
**28** [1] - 31:8
**2nd** [2] - 16:10, 23:25

**3**

**3:00** [1] - 22:16

**4**

**400** [1] - 2:11
**408-715-7980** [1] - 2:6
**411** [1] - 1:24
**423,179** [1] - 8:5
**4:30** [1] - 22:18
**4TH** [1] - 1:24

**5**

**5** [1] - 8:3
**523** [1] - 2:10

**6**

**620** [1] - 2:14

**7**

**7** [2] - 16:15, 24:2
**75** [1] - 2:5
**753** [1] - 31:8
**7953** [2] - 1:23, 31:20
**7:30** [7] - 28:3, 28:5, 28:8, 28:17, 28:19, 29:10, 29:15

**8**

**865** [1] - 2:19
**8:22-cv-01710-DOC-DFM** [1] - 1:7

**9**

**90014** [1] - 2:11
**90017** [1] - 2:20
**92630** [1] - 29:6
**92660** [1] - 2:15
**92701** [1] - 1:24
**949-229-8640** [1] - 2:16
**95113** [1] - 2:6
**9:17** [2] - 1:15, 3:2

**A**

**a.m** [1] - 30:5
**A.M** [2] - 1:15, 3:2
**above-entitled** [1] - 31:11
**absolute** [1] - 18:22
**absolutely** [4] - 9:5, 19:20, 28:14, 29:21
**abuse** [1] - 13:12
**accept** [1] - 13:20
**accessible** [1] - 8:15
**accommodate** [2] - 29:8, 29:17
**act** [1] - 18:12
**action** [17] - 10:21, 11:8, 11:10, 11:17, 12:8, 12:10, 12:25, 13:5, 13:20, 14:17, 14:19, 16:18, 18:14, 19:4, 19:5, 24:5
**active** [1] - 16:23, 24:21, 24:25

**actively** [5] - 16:20, 16:22, 18:21, 24:8, 24:14
**addition** [1] - 13:22
**address** [3] - 10:13, 28:21, 28:22
**admission** [1] - 9:12
**advantage** [1] - 15:23
**affiliation** [2] - 10:1, 12:9
**agree** [2] - 14:9, 18:16
**ahead** [1] - 20:22
**ahold** [3] - 23:13, 25:4, 26:3
**Airlines** [1] - 3:25
**al** [1] - 1:7
**ALAN** [1] - 2:4
**allegations** [1] - 8:12
**alleging** [1] - 10:20
**Allison** [1] - 5:14
**almost** [1] - 9:12
**American** [1] - 3:25
**amicable** [1] - 18:15
**ANA** [3] - 1:16, 1:24, 3:1
**analysis** [1] - 7:17
**Angeles** [3] - 2:11, 2:20, 4:10
**ANGELES** [1] - 31:3
**answer** [5] - 11:23, 11:24, 15:9, 20:2, 29:24
**apologize** [1] - 10:16
**appearance** [1] - 3:6
**APPEARANCES** [1] - 2:1
**appearances** [1] - 23:9
**appearing** [1] - 3:8
**apple** [2] - 12:14, 14:7
**apply** [4] - 6:17, 6:20, 6:23, 14:16
**appreciate** [2] - 27:18, 29:23
**approach** [2] - 22:1, 25:10
**appropriate** [1] - 22:20
**area** [2] - 22:15, 23:3
**argument** [3] - 13:23, 14:4, 14:16
**arguments** [2] - 14:1, 14:2
**arising** [1] - 13:25
**asserted** [1] - 13:12
**asserting** [1] - 11:9
**Associates** [1] - 28:24
**associates** [2] - 5:9, 5:11

**association** [1] - 10:2
**assume** [4] - 14:22, 14:23, 14:24, 15:14
**assuming** [2] - 8:4
**attorney** [1] - 20:14
**attorneys** [2] - 20:11, 22:11
**attribute** [1] - 19:25
**available** [1] - 21:8
**aware** [4] - 18:11, 18:20, 23:14, 26:21

**B**

**bad** [1] - 9:21
**based** [1] - 7:14
**Beach** [1] - 2:15
**BECKY** [12] - 25:25, 26:7, 26:12, 26:16, 27:18, 28:10, 28:14, 28:17, 28:24, 29:6, 29:19, 29:22
**Becky** [1] - 28:18
**begin** [1] - 22:2
**behalf** [7] - 4:4, 4:22, 5:6, 6:16, 13:21, 19:8, 20:2
**belief** [1] - 9:11
**believes** [1] - 14:22
**best** [4] - 14:23, 20:5, 22:21, 26:2
**better** [1] - 9:18
**between** [3] - 4:17, 16:23, 27:16
**billable** [1] - 5:19
**bit** [2] - 11:8, 11:14
**bites** [2] - 12:14, 14:7
**bottom** [1] - 7:21
**breach** [3] - 8:14, 9:9, 13:24
**break** [1] - 29:16
**bring** [2] - 15:1, 25:13
**brought** [2] - 8:1, 23:20
**Bruno** [1] - 3:12
**business** [1] - 7:14
**BY** [2] - 2:10, 2:19
**bye** [2] - 29:25
**bye-bye** [1] - 29:25

**C**

**CA** [1] - 1:24
**CAFA** [5] - 12:20, 12:21, 12:24, 13:1, 14:20
**calendar** [3] - 26:13, 26:16, 28:7
**California** [12] - 2:6, 2:11, 2:15, 2:20,

**10:21, 13:5, 13:15, 13:17, 16:19, 24:7, 29:4, 31:7**
**CALIFORNIA** [4] - 1:2, 1:16, 3:1, 31:4
**Canada** [10] - 7:2, 9:2, 13:5, 14:14, 15:22, 15:24, 18:6, 23:17, 23:21, 25:19
**CARTER** [1] - 1:3
**Carter** [2] - 26:1, 29:22
**case** [32] - 7:5, 7:8, 8:7, 8:24, 11:12, 11:13, 12:7, 12:16, 13:3, 13:7, 13:24, 14:3, 14:4, 15:21, 16:15, 16:16, 18:13, 19:1, 19:3, 19:18, 20:1, 23:16, 23:21, 23:22, 23:23, 24:2, 24:3, 24:13, 25:1, 30:3
**Case** [1] - 1:6
**cases** [9] - 5:23, 5:24, 12:9, 16:20, 16:22, 18:21, 22:17, 24:8, 24:15
**catch** [1] - 3:25
**caught** [1] - 28:16
**causes** [2] - 7:15, 10:21
**cell** [1] - 26:8
**Center** [1] - 2:14
**CENTRAL** [1] - 1:2
**Central** [3] - 16:19, 24:6, 31:7
**certainly** [5] - 18:21, 22:4, 24:14, 25:11, 26:8
**CERTIFICATE** [1] - 31:1
**Certified** [1] - 1:5
**certify** [1] - 31:7
**cetera** [2] - 7:16, 7:17
**chance** [1] - 26:13
**change** [1] - 29:15
**charged** [1] - 10:3
**Choice** [4] - 3:5, 3:8, 8:13, 23:6
**CHOICE** [1] - 1:4
**choose** [1] - 22:25
**Christine** [1] - 5:12
**cited** [2] - 16:15, 24:3
**claim** [2] - 13:11, 13:18
**claims** [1] - 12:6
**Clara** [1] - 2:5
**class** [4] - 12:8, 12:10, 12:25
**clause** [17] - 6:10,

6:21, 6:22, 7:1, 7:14, 7:18, 7:24, 13:4, 13:23, 14:4, 14:11, 14:16, 14:24, 15:16, 23:15, 23:17
**clear** [2] - 6:12, 13:24
**clerk** [4] - 21:10, 25:6, 25:10, 25:14
**client** [10] - 12:8, 12:11, 17:24, 18:1, 18:3, 20:10, 21:25, 22:10, 22:11, 23:22
**clients** [2] - 18:5, 21:25
**Coast** [1] - 27:4
**Code** [1] - 31:8
**code** [1] - 29:5
**codefendant** [6] - 6:20, 7:7, 7:9, 8:1, 14:21, 23:18
**coffee** [1] - 22:16
**colleague** [8] - 3:13, 3:16, 5:13, 18:20, 19:17, 23:12, 24:20, 25:21
**colleagues** [3] - 17:14, 19:13, 27:5
**comfortable** [1] - 21:20
**coming** [5] - 3:17, 3:25, 25:17, 27:22, 28:5
**company** [2] - 13:16, 18:7
**Complaint** [1] - 10:6
**complete** [2] - 13:1, 13:10
**complex** [1] - 8:8
**complexity** [1] - 8:24
**computer** [2] - 13:12, 15:10
**computers** [1] - 15:11
**concern** [3] - 17:14, 22:10, 23:10
**concerned** [1] - 25:20
**concerning** [1] - 6:10
**conclude** [1] - 30:5
**concluded** [1] - 30:1
**conference** [9] - 8:6, 9:10, 16:15, 16:16, 19:1, 24:2, 24:4, 25:22, 30:1
**Conference** [1] - 31:12
**confirms** [1] - 24:12
**conformance** [1] - 31:12
**confused** [1] - 11:14
**confusion** [1] - 11:8
**consumer** [1] - 11:1

**contact** [5] - 11:16, 11:21, 11:22, 22:14, 28:7
**contempt** [1] - 21:19
**continuing** [2] - 16:14, 24:1
**contract** [3] - 7:4, 13:24, 13:25
**contracted** [1] - 9:25
**contractor** [1] - 9:24
**control** [1] - 9:15
**convenience** [1] - 9:4
**convenient** [2] - 26:14, 27:7
**conversation** [5] - 18:9, 19:9, 19:10, 24:16, 25:2
**cooperative** [1] - 15:20
**correct** [11] - 7:2, 7:6, 12:13, 13:2, 13:8, 13:14, 14:11, 23:16, 28:10, 29:20, 31:9
**counsel** [35] - 3:19, 4:15, 6:1, 6:2, 6:6, 8:22, 11:2, 11:5, 11:6, 11:11, 11:19, 11:20, 12:10, 13:14, 15:22, 17:8, 17:9, 17:10, 17:19, 18:16, 19:14, 21:23, 22:23, 23:9, 23:13, 23:23, 26:3, 26:6, 26:10, 26:14, 27:23, 28:20, 29:7
**COUNSEL** [1] - 2:1
**Counsel** [1] - 30:2
**counsel's** [1] - 25:9
**County** [2] - 4:11, 12:1
**COUNTY** [1] - 31:3
**couple** [1] - 22:17
**course** [1] - 12:6
**court** [33] - 7:11, 10:21, 11:8, 11:12, 11:17, 12:5, 12:7, 13:19, 14:3, 14:17, 14:18, 14:19, 17:9, 17:10, 18:13, 18:20, 19:3, 19:12, 19:13, 19:15, 19:17, 19:19, 20:6, 21:17, 23:18, 23:22, 23:23, 24:17, 24:22, 25:8, 25:19, 26:3, 28:13
**COURT** [118] - 1:1, 1:23, 3:5, 3:9, 3:11, 3:14, 3:17, 3:21, 3:24, 4:5, 4:7, 4:13, 4:19, 4:23, 5:1, 5:4, 5:7, 5:10, 5:12, 5:14,

5:16, 5:21, 6:1, 6:4, 6:7, 6:15, 6:17, 6:20, 6:24, 7:5, 7:15, 8:3, 8:11, 8:15, 8:17, 8:21, 8:25, 9:9, 9:24, 10:4, 10:6, 10:9, 10:14, 10:17, 10:22, 10:24, 11:2, 11:5, 11:16, 11:20, 11:22, 11:25, 12:4, 12:11, 12:14, 12:19, 12:24, 13:3, 13:9, 14:6, 14:10, 14:21, 15:4, 15:14, 16:4, 16:14, 17:3, 17:6, 17:10, 17:12, 18:1, 18:3, 18:5, 18:8, 18:19, 19:11, 19:21, 20:2, 20:15, 20:17, 20:22, 20:24, 21:1, 21:4, 21:6, 21:10, 21:13, 22:5, 22:20, 23:6, 25:11, 25:13, 25:16, 25:24, 26:1, 26:9, 26:13, 26:19, 26:23, 27:1, 27:6, 27:11, 27:21, 27:25, 28:2, 28:5, 28:11, 28:15, 28:19, 29:1, 29:4, 29:7, 29:11, 29:15, 29:21, 29:24, 30:2, 31:6
**Court** [17] - 12:1, 12:2, 14:25, 16:10, 16:18, 17:14, 21:11, 23:10, 23:12, 23:19, 23:20, 23:25, 24:6, 24:20, 25:18, 31:6, 31:20
**Court's** [1] - 24:24
**courtesy** [1] - 26:2, 30:4
**COURTROOM** [1] - 29:3
**courts** [1] - 27:17
**CourtSmart** [2] - 29:12, 29:17
**CRAIG** [1] - 2:4
**Craig** [3] - 3:7, 3:9, 3:10
**craig** [1] - 3:11
**craig@ hansenlawfirm.net** [1] - 2:7
**criminally** [1] - 10:2
**Cross** [1] - 10:6
**Cross-Complaint** [1] - 10:6
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 31:20

## D

**damages** [1] - 9:6
**data** [2] - 8:14, 9:9
**date** [4] - 26:14, 26:18, 27:13, 28:13
**Date** [1] - 31:15
**dates** [1] - 27:20
**DAVID** [1] - 1:3
**DAVIS** [1] - 2:18
**days** [1] - 24:18
**deal** [1] - 11:14
**dealing** [1] - 15:17
**Debbie** [1] - 31:20
**DEBBIE** [3] - 1:23, 31:5, 31:19
**decide** [2] - 7:16, 15:12
**decides** [1] - 15:22
**defend** [1] - 15:2
**Defendant** [1] - 5:6
**DEFENDANT** [1] - 2:17
**defendant** [1] - 14:25
**defendants** [8] - 4:4, 4:22, 5:2, 6:8, 6:9, 6:13, 7:1, 8:20
**DEFENDANTS** [1] - 2:8
**Defendants** [1] - 1:8
**defense** [1] - 15:6
**deference** [2] - 19:13, 19:14
**definitely** [1] - 27:18
**Delaware** [2] - 11:1, 18:7
**delaying** [2] - 19:17, 24:23
**denying** [1] - 7:19
**deposition** [1] - 9:1
**DEPUTY** [1] - 29:3
**destroy** [1] - 13:18
**detriment** [1] - 21:23
**detrimental** [2] - 22:9, 22:23
**dhinospaan@yahoo. com** [1] - 1:25
**different** [7] - 7:21, 11:3, 12:6, 14:12, 22:1, 22:11, 23:23
**difficult** [2] - 9:11, 25:4
**disconnected** [1] - 17:15
**discovery** [1] - 8:24
**discuss** [1] - 18:17
**discussion** [1] - 17:5
**discussions** [3] - 18:16, 24:13, 25:1

**dismiss** [5] - 7:10, 7:25, 11:12, 13:21, 19:4
**DISMISS** [1] - 1:13
**dismissal** [1] - 19:10
**dismissed** [1] - 19:6
**dismissing** [2] - 11:13, 24:17
**distance** [1] - 9:19
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [6] - 16:18, 16:19, 24:6, 24:7, 31:6, 31:7
**diversity** [4] - 12:22, 13:1, 13:11, 13:18
**dividing** [1] - 25:18
**DIVISION** [1] - 1:2
**document** [2] - 8:7, 28:15
**documentation** [2] - 15:15
**documents** [3] - 8:13, 15:18, 16:1
**Douglas** [1] - 5:8
**down** [2] - 3:25, 21:12
**drag** [1] - 9:3
**dramatic** [1] - 21:18
**Drive** [1] - 2:14

## E

**easily** [1] - 8:18
**East** [2] - 2:5, 27:4
**easy** [1] - 7:16
**economy** [1] - 25:20
**effected** [1] - 18:25
**efficiency** [2] - 5:24, 14:6
**effort** [1] - 15:20
**efforts** [2] - 9:13, 26:3
**either** [6] - 24:13, 25:1, 26:19, 26:24, 27:1, 27:20
**EI** [1] - 28:24
**employee** [3] - 9:20, 9:21, 9:23
**employment** [1] - 9:16
**end** [1] - 14:3
**enjoying** [1] - 17:19
**entities** [4] - 6:14, 6:18, 13:22, 18:4
**entitled** [1] - 31:11
**entity** [1] - 22:11
**equal** [1] - 14:16
**especially** [2] - 9:20, 15:21
**ESQ** [4] - 2:4, 2:10, 2:14, 2:19
**estimate** [1] - 9:8

et [3] - 1:7, 7:16, 7:17
Ethan [2] - 16:10, 24:1
eventually [1] - 22:8
example [1] - 13:15
excellent [2] - 8:22, 17:19
expect [1] - 13:20
expedition [1] - 8:18
explanation [1] - 22:24
extent [1] - 24:15
extraordinarily [1] - 22:23

**F**

fact [3] - 14:8, 17:18, 18:22
facts [1] - 22:6
fair [3] - 22:24, 28:16, 29:18
fairly [1] - 20:19
faith [1] - 9:13
false [4] - 17:3, 17:4, 18:22, 24:11
family [1] - 26:22
far [2] - 9:19, 25:17
faster [1] - 15:24
fault [1] - 10:17
FEDERAL [2] - 1:23, 31:5
Federal [1] - 31:20
federal [10] - 12:6, 12:12, 13:11, 13:18, 14:13, 14:19, 19:19, 23:22, 25:8, 25:19
Figueroa [1] - 2:19
file [1] - 21:20
filed [11] - 5:23, 10:11, 10:12, 10:13, 10:15, 10:18, 10:19, 10:25, 12:8, 20:1, 23:22
filing [2] - 21:19, 21:22
finally [1] - 18:24
fine [1] - 6:4
fire [1] - 9:22
FIRM [1] - 2:4
firm [4] - 5:17, 12:8, 25:23, 28:12
first [5] - 6:8, 7:24, 20:10, 21:15, 26:1
fishing [1] - 8:17
fit [1] - 27:8
flagrant [1] - 18:22
flies [1] - 9:15
flying [1] - 29:9
folks [2] - 9:2, 20:7
FOR [3] - 2:3, 2:8, 2:17

force [1] - 14:16
foregoing [1] - 31:9
Forest [4] - 17:25, 21:3, 28:8, 29:4
form [2] - 20:8, 25:8
formal [2] - 28:15, 28:20
format [1] - 31:11
forth [1] - 17:22
forum [21] - 6:10, 6:21, 6:22, 7:1, 7:2, 7:3, 7:13, 7:15, 7:17, 7:18, 7:23, 8:5, 13:4, 13:22, 14:4, 14:11, 14:15, 14:24, 15:16, 23:15, 23:17
forums [1] - 7:21, 20:11, 22:1
forward [1] - 12:5
France [1] - 29:9
Francisco [3] - 12:3, 12:4, 16:12
fraud [1] - 13:12
Fremont [1] - 3:24
Friday [3] - 26:20, 26:22, 26:23
front [3] - 17:13, 20:20, 26:17
future [1] - 7:20

**G**

games [1] - 17:23
gamesmanship [2] - 17:21, 18:10
gauging [1] - 8:23
gentleman [3] - 17:12, 27:7, 28:23
granted [4] - 14:25, 15:16, 23:15, 23:19
granting [1] - 7:19
grounds [2] - 7:13, 12:20
guess [1] - 4:2
guilty [2] - 10:3, 13:17

**H**

Hansen [3] - 3:8, 3:10, 3:11
HANSEN [36] - 2:4, 2:4, 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 8:10, 8:12, 8:16, 8:19, 8:23, 9:8, 11:18, 11:21, 11:24, 12:7, 12:13, 12:18, 12:22, 13:2, 17:11, 17:25, 18:15, 20:14, 20:16, 20:19, 21:5,

22:4, 25:10, 26:21, 26:25, 27:10, 28:1, 29:9
harms [1] - 15:21
hear [2] - 21:24, 25:24
heard [2] - 23:4, 24:24
hearing [4] - 18:11, 18:22, 20:9, 21:20
Heinrich [3] - 10:2, 10:7, 13:16
held [1] - 31:10
hello [1] - 25:24
help [1] - 6:9
HENNIGAN [2] - 2:9, 2:13
Hennigan [1] - 4:21
hereby [1] - 31:7
herein [1] - 23:5
hesitate [1] - 19:25
HINO [3] - 1:23, 31:5, 31:19
Hino [1] - 31:20
HINO-SPAAN [3] - 1:23, 31:5, 31:19
Hino-Spaan [1] - 31:20
HOLDINGS [1] - 2:8
Holdings [1] - 5:3
homeless [1] - 22:17
Honor [45] - 3:7, 4:3, 4:6, 5:5, 5:13, 5:22, 6:2, 6:6, 6:12, 6:19, 7:3, 8:2, 8:10, 8:13, 9:23, 11:6, 11:21, 12:3, 12:13, 13:8, 13:15, 13:21, 13:23, 14:15, 14:18, 15:12, 16:13, 17:1, 18:2, 18:15, 18:24, 19:8, 19:20, 19:23, 20:21, 21:5, 21:9, 22:4, 25:10, 26:21, 27:3, 27:20, 28:1, 28:17, 29:3
HONORABLE [1] - 1:3
hope [1] - 14:22
horribles [1] - 16:5
hour [2] - 29:11, 30:3
hours [1] - 5:19
HUESTON [2] - 2:9, 2:13
Hueston [1] - 4:21
huge [1] - 21:23
humbly [1] - 7:6
hypothetically [4] - 13:5, 13:6, 14:13, 23:16

**I**

inability [1] - 23:12
Inc [2] - 5:3, 5:6
INC [5] - 1:7, 2:8, 2:8, 2:17
included [4] - 5:16, 5:19, 5:20, 5:21
inconvenience [2] - 20:7, 25:16
inconvenienced [1] - 26:4
individual [1] - 10:1
infiltrated [1] - 8:14
information [2] - 16:7, 17:15
initial [1] - 18:17
instead [1] - 29:12
insurance [1] - 21:21
intend [2] - 18:25, 19:2
interest [1] - 5:24
interesting [1] - 15:19
Internet [1] - 21:8
intuitive [1] - 17:6
invite [1] - 22:3
invited [1] - 20:11
involved [5] - 12:12, 14:12, 18:13, 20:8, 20:12
issued [2] - 16:14, 24:1
issues [1] - 18:18

**J**

joined [2] - 6:8, 6:9
joking [2] - 12:15, 15:5
Jose [4] - 2:6, 3:23, 21:5, 21:6
journey [1] - 21:15
Judge [10] - 16:10, 16:21, 18:9, 18:25, 20:7, 24:1, 25:21, 26:1, 27:15, 29:22
JUDGE [1] - 1:3
judge [1] - 8:8
Judicial [1] - 31:12
judicial [2] - 14:6, 25:20
jump [1] - 21:18
jurisdiction [8] - 7:7, 12:17, 12:21, 12:22, 14:1, 15:13, 21:16, 23:19
jurisdictional [1] - 7:12
jurisdictions [1] - 14:12

jury [1] - 9:15

**K**

Kaba [2] - 4:3, 6:3
KABA [55] - 2:10, 4:3, 4:5, 4:6, 4:10, 4:17, 5:13, 5:15, 5:20, 5:22, 6:2, 6:5, 6:12, 6:16, 6:19, 7:3, 7:9, 8:2, 9:23, 9:25, 10:5, 10:7, 10:10, 10:16, 10:19, 10:23, 10:25, 11:3, 11:6, 12:3, 13:8, 13:10, 14:9, 14:15, 16:13, 17:1, 17:4, 17:8, 18:2, 18:4, 18:6, 18:24, 19:20, 20:21, 20:23, 20:25, 21:3, 21:8, 21:12, 22:19, 25:12, 27:3, 27:24, 28:4, 29:14
kidding [1] - 5:18
kind [3] - 21:14, 22:5, 29:24
kindly [1] - 22:2

**L**

L.A [1] - 4:18
LA [1] - 12:1
lack [2] - 7:10, 9:17
lacking [1] - 23:19
lady [1] - 27:13
Lake [4] - 17:25, 21:3, 28:8, 29:4
land [1] - 14:5
last [2] - 4:24, 20:18
LAW [1] - 2:4
law [2] - 5:17, 25:23
lawsuits [1] - 11:9
lay [1] - 14:5
lead [5] - 3:19, 6:1, 6:2, 6:6, 7:1
least [3] - 7:7, 9:10, 15:2
leave [3] - 7:7, 16:4, 23:18
leaves [1] - 14:21
leaving [1] - 26:22
led [1] - 11:8
left [3] - 13:6, 14:25, 15:25
level [1] - 8:23
liability [1] - 13:16
Libeu [1] - 5:14
limitations [1] - 10:10
limited [1] - 13:15
line [1] - 24:9

**lines** [1] - 16:9
**list** [1] - 5:16
**listen** [1] - 29:15
**litigation** [3] - 8:4, 10:13, 24:18
**litigators** [2] - 20:12, 20:13
**lived** [1] - 3:24
**LLC** [1] - 1:4
**LLP** [3] - 2:9, 2:13, 2:18
**local** [1] - 4:16
**located** [9] - 3:22, 4:9, 9:2, 17:24, 18:1, 18:3, 18:5, 21:2, 21:4
**looking** [3] - 8:3, 9:17, 26:18
**looks** [1] - 7:21
**LOS** [1] - 31:3
**Los** [3] - 2:11, 2:20, 4:10
**loud** [1] - 25:13
**love** [1] - 17:22
**lunch** [1] - 29:11

**M**

**M-i-s-h-r-a** [1] - 4:25
**malpractice** [1] - 21:21
**management** [5] - 16:15, 16:16, 19:1, 24:2, 24:3
**March** [5] - 16:10, 16:15, 23:25, 24:2, 28:8
**master** [2] - 9:1, 9:4
**matter** [2] - 21:17, 23:7, 31:11
**matters** [2] - 23:4, 24:23
**MAY** [2] - 1:14, 3:1
**mayors** [1] - 22:17
**MCS** [2] - 22:19, 24:11
**MCS's** [2] - 17:8, 24:16
**mean** [3] - 7:16, 13:4, 13:6
**means** [1] - 11:22
**meet** [2] - 4:7, 16:24
**meeting** [3] - 3:21, 4:19, 22:17
**might** [3] - 19:18, 22:1, 22:3
**million** [1] - 9:7
**mind** [1] - 18:8
**minimal** [1] - 11:21
**minimally** [1] - 9:17
**MISHRA** [5] - 2:14,

4:21, 4:24, 5:2, 6:3
**Mishra** [5] - 4:21, 4:25, 5:24, 6:6, 27:3
**misleading** [1] - 19:11
**mkaba@hueston. com** [1] - 2:12
**Moez** [1] - 4:3
**MOEZ** [1] - 2:10
**moment** [10] - 3:11, 4:5, 10:12, 14:22, 16:8, 23:13, 25:6, 25:8, 27:11, 29:1
**MONDAY** [2] - 1:14, 3:1
**Monday** [1] - 27:19
**morning** [4] - 3:7, 4:3, 5:5, 28:3
**most** [1] - 22:5
**motion** [7] - 6:9, 6:16, 7:19, 7:20, 7:25, 13:21, 23:19
**MOTION** [1] - 1:13
**moved** [2] - 7:10, 7:12
**MR** [101] - 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 4:3, 4:6, 4:10, 4:17, 4:21, 4:24, 5:2, 5:5, 5:9, 5:11, 5:13, 5:15, 5:20, 5:22, 6:2, 6:3, 6:5, 6:12, 6:16, 6:19, 6:22, 7:3, 7:9, 7:12, 8:2, 8:10, 8:12, 8:16, 8:19, 8:23, 9:8, 9:23, 9:25, 10:5, 10:7, 10:10, 10:16, 10:19, 10:23, 10:25, 11:3, 11:6, 11:18, 11:21, 11:24, 12:3, 12:7, 12:13, 12:18, 12:22, 13:2, 13:8, 13:10, 14:9, 14:15, 15:3, 15:9, 16:3, 16:13, 17:1, 17:4, 17:8, 17:11, 17:25, 18:2, 18:4, 18:6, 18:15, 18:24, 19:8, 19:20, 19:23, 20:14, 20:16, 20:19, 20:21, 20:23, 20:25, 21:3, 21:5, 21:8, 21:12, 22:4, 22:19, 25:10, 25:12, 26:21, 26:25, 27:3, 27:10, 27:24, 28:1, 28:4, 29:9, 29:14
**multiple** [1] - 14:7
**must** [1] - 16:21
**MY** [1] - 1:4

**N**

**name** [3] - 4:24, 20:18, 28:18
**names** [3] - 3:17, 4:1, 20:13
**near** [1] - 13:20
**necessarily** [1] - 15:11
**need** [12] - 8:19, 15:15, 15:18, 15:19, 16:2, 20:9, 25:2, 25:17, 27:14, 28:20
**needed** [1] - 15:12
**needs** [1] - 20:7
**negligence** [2] - 9:17, 11:10
**negotiation** [1] - 16:23
**negotiations** [2] - 18:12, 24:21
**never** [2] - 3:18, 19:9
**New** [4] - 4:12, 4:17, 18:7
**Newport** [2] - 2:14, 2:15
**next** [3] - 26:24, 26:25, 27:1
**nice** [4] - 3:21, 4:7, 4:19, 27:12
**noon** [4] - 29:13, 29:16, 30:2, 30:3
**notice** [3] - 28:11, 28:20, 28:23
**number** [4] - 21:7, 25:5, 25:12, 26:8

**O**

**o'clock** [1] - 22:16
**obtain** [1] - 8:20
**obtained** [1] - 8:18
**obviously** [1] - 19:24
**occur** [1] - 16:5
**occurred** [2] - 9:9, 19:22
**OF** [6] - 1:2, 1:12, 2:1, 31:1, 31:3, 31:4
**office** [3] - 4:10, 4:11
**offices** [4] - 3:22, 4:9, 21:2, 26:11
**Official** [1] - 31:20
**OFFICIAL** [3] - 1:23, 31:1, 31:5
**often** [1] - 13:23
**OL** [1] - 20:24
**once** [2] - 23:14, 25:2
**one** [15] - 5:9, 5:11, 10:20, 13:8, 13:16, 13:17, 15:5, 18:6, 18:7, 19:23, 21:14, 22:11, 23:21, 27:4

**one's** [1] - 15:7
**Ontario** [1] - 18:6
**oOo** [1] - 30:6
**open** [1] - 27:19
**opened** [1] - 4:11
**opinions** [1] - 20:8
**opposing** [1] - 18:16
**Orange** [2] - 4:11, 12:1
**order** [3] - 16:14, 21:16, 24:1
**ordered** [4] - 22:7, 22:14, 23:2, 28:12
**ordering** [1] - 28:23
**orders** [2] - 22:22
**OSC** [1] - 21:19
**otherwise** [2] - 22:14
**ourselves** [1] - 11:15
**oversight** [1] - 9:17
**own** [1] - 20:8

**P**

**P.C** [1] - 2:4
**page** [7] - 6:8, 8:3, 16:7, 16:9, 23:24, 24:9, 31:11
**parade** [1] - 16:5
**part** [5] - 8:14, 11:9, 15:20, 19:16, 21:6
**particular** [1] - 4:13
**parties** [10] - 7:4, 15:2, 16:19, 17:16, 18:20, 20:4, 24:7, 24:10, 24:12, 24:25
**parties'** [1] - 24:15
**party** [3] - 15:16, 19:1, 20:6
**past** [1] - 9:21
**Pause** [1] - 25:15
**pay** [2] - 19:13
**penalty** [1] - 19:16
**pending** [2] - 16:18, 24:6
**people** [1] - 5:23
**perhaps** [3] - 15:3, 15:4, 27:8
**perjury** [1] - 19:17
**person** [7] - 9:14, 21:24, 22:14, 22:21, 27:12, 28:6, 29:19
**personal** [1] - 14:1
**perspective** [2] - 9:13, 14:23
**Persson** [1] - 5:6
**PERSSON** [7] - 2:19, 5:5, 5:9, 5:11, 6:22, 7:12, 15:3, 15:9, 16:3, 19:8, 19:23
**phone** [7] - 21:7, 25:5,

25:6, 26:8, 27:12, 28:16, 29:24
**phonetic** [1] - 20:19
**place** [3] - 7:14, 18:10, 24:21
**Plaintiff** [2] - 1:5, 3:8
**PLAINTIFF** [1] - 2:3
**plaintiff** [1] - 3:6, 8:18, 10:20, 11:7, 11:15, 11:17, 11:18, 12:9, 13:15, 17:2, 17:8
**plaintiff's** [7] - 11:5, 11:6, 11:11, 11:18, 11:20, 16:16, 24:3
**plaintiffs** [2] - 14:7, 19:3
**planning** [1] - 15:6
**played** [1] - 17:21
**pleading** [1] - 18:18
**pled** [2] - 10:3, 13:17
**plenty** [1] - 27:7
**point** [1] - 14:20
**pointed** [1] - 13:23
**portion** [2] - 23:16, 23:21
**position** [5] - 7:19, 18:17, 20:3, 24:18, 24:24
**possibility** [1] - 12:18
**possible** [5] - 21:14, 22:2, 26:19, 26:24, 27:2
**potential** [1] - 19:10
**potentially** [5] - 13:3, 14:12, 19:11, 22:23, 23:18
**presence** [1] - 25:9
**present** [2] - 14:18, 19:7
**pressure** [1] - 15:25
**pretty** [1] - 7:15
**primarily** [1] - 9:14
**principal** [1] - 7:14
**problem** [1] - 6:7
**problems** [1] - 9:1
**proceed** [1] - 15:23
**proceeding** [4] - 12:5, 12:6, 15:23, 24:23
**PROCEEDINGS** [1] - 1:12
**Proceedings** [1] - 30:5
**proceedings** [2] - 25:15, 31:10
**proper** [3] - 7:17, 8:5, 28:22
**prove** [1] - 9:11
**provided** [1] - 25:12
**pull** [3] - 16:8, 20:21,

20:22
**purposes** [1] - 7:7
**pursuant** [1] - 31:8
**pursue** [1] - 14:3
**put** [5] - 8:5, 8:8, 17:18, 20:3, 29:12

## Q

**Q-u-i-n-t-i-l-o-n-e** [2] - 20:23, 20:25
**Quintilone** [11] - 17:11, 20:16, 20:17, 20:23, 25:3, 26:15, 27:12, 28:7, 28:24, 29:8, 29:20
**Quintilone's** [1] - 25:22
**quote** [2] - 24:3, 24:5

## R

**Rachel** [2] - 5:8, 5:9
**raft** [1] - 3:17
**rather** [1] - 26:10
**re** [1] - 21:19
**reach** [2] - 22:21, 26:7
**reaching** [1] - 22:19
**read** [1] - 16:8
**readily** [1] - 8:15
**reading** [1] - 9:10
**REALTIME** [1] - 31:5
**reason** [3] - 4:14, 13:13, 14:17
**reasons** [1] - 19:23
**record** [5] - 17:18, 21:7, 23:7, 23:14, 24:25
**records** [5] - 8:5, 8:9, 8:13, 9:21
**rectify** [1] - 9:13
**refer** [1] - 6:13
**referring** [1] - 6:13
**regardless** [2] - 9:19, 12:11
**regulations** [1] - 31:12
**related** [2] - 16:17, 24:5
**relation** [1] - 15:8
**remain** [4] - 14:13, 22:7, 22:15, 23:2
**remedies** [1] - 22:25
**remember** [1] - 3:17
**removed** [1] - 14:19
**report** [2] - 8:6, 24:12
**reported** [2] - 23:4, 31:10
**Reporter** [1] - 31:20
**REPORTER** [3] - 1:23, 31:1, 31:6

**REPORTER'S** [1] - 1:12
**represent** [6] - 5:1, 11:3, 11:7, 18:12, 20:12, 21:25
**representation** [6] - 23:11, 23:24, 24:9, 24:11, 24:16, 25:21
**representations** [1] - 27:16
**represented** [4] - 11:2, 16:17, 24:5, 25:3
**representing** [1] - 27:12
**request** [1] - 21:15
**resident** [1] - 13:17
**resolve** [1] - 30:4
**resolved** [1] - 18:18
**resume** [1] - 12:17
**retrace** [1] - 23:13
**return** [1] - 26:15
**returning** [1] - 27:10
**reversed** [1] - 24:18
**rich** [1] - 17:11
**Richard** [3] - 20:16, 20:17, 25:2
**ridiculous** [1] - 14:14
**Road** [1] - 28:25
**roof** [1] - 21:22
**ROOM** [1] - 1:24
**Royal** [2] - 25:7, 29:2
**ruling** [1] - 13:7
**run** [1] - 10:11
**rush** [1] - 27:14

## S

**San** [7] - 2:6, 3:23, 12:3, 12:4, 16:12, 21:5, 21:6
**Sanders** [1] - 3:9
**Santa** [1] - 2:5
**SANTA** [3] - 1:16, 1:24, 3:1
**Sarah** [1] - 3:15
**scattering** [1] - 14:11
**scenario** [1] - 13:7
**schedules** [1] - 27:9
**scheduling** [2] - 8:6, 9:10
**Schulman** [8] - 16:11, 16:21, 18:9, 18:25, 20:7, 24:1, 25:21, 27:15
**scienter** [1] - 19:25
**Section** [1] - 31:8
**see** [14] - 4:14, 8:5, 11:2, 13:3, 14:7, 17:6, 17:15, 17:21, 19:11, 19:17, 22:3,

23:1, 24:20, 27:16
**selected** [1] - 7:4
**selection** [17] - 6:10, 6:21, 6:22, 7:1, 7:13, 7:15, 7:18, 7:24, 13:4, 13:22, 14:4, 14:11, 14:16, 14:24, 15:16, 23:15, 23:17
**send** [4] - 28:11, 28:12, 28:20, 28:23
**sense** [3] - 4:16, 21:16, 22:10
**September** [1] - 20:1
**series** [1] - 5:22
**served** [3] - 13:19, 14:2, 14:19
**service** [2] - 13:20, 18:25
**set** [2] - 26:14, 28:7
**Seth** [1] - 5:10
**settle** [6] - 16:20, 16:22, 18:21, 24:8, 24:14, 25:1
**settlement** [4] - 18:12, 18:17, 24:21, 25:1
**settling** [2] - 18:13, 24:13
**seven** [1] - 4:1
**share** [1] - 23:11
**Shopify** [22] - 4:4, 4:7, 4:22, 5:2, 5:3, 6:11, 6:14, 6:18, 6:24, 6:25, 9:19, 9:25, 11:3, 13:4, 13:22, 15:2, 15:7, 15:10, 15:12, 15:17
**SHOPIFY** [2] - 2:8, 2:8
**Shopify's** [1] - 9:12
**sic** [1] - 25:7
**sides** [1] - 25:3
**signing** [1] - 22:22
**silly** [1] - 8:21
**simply** [1] - 12:17
**situation** [3] - 9:16, 14:8, 26:5
**Sixth** [1] - 2:10
**slowly** [1] - 22:2
**smisha@hueston.com** [1] - 2:16
**SOFTWARE** [1] - 1:4
**Software** [3] - 3:5, 3:8, 23:6
**solution** [1] - 20:5
**sometime** [1] - 22:7
**sometimes** [1] - 6:5
**somewhat** [1] - 14:14
**soon** [1] - 21:20
**sorry** [4] - 10:5, 11:5, 11:20, 12:25
**sort** [2] - 14:5, 22:7

**SOURABH** [2] - 2:14, 4:24
**Sourabh** [2] - 4:21, 4:24
**South** [2] - 2:19, 3:25
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 31:20
**SPAAN** [3] - 1:23, 31:5, 31:19
**special** [2] - 9:1, 9:4
**specific** [1] - 6:11
**speed** [3] - 15:23, 15:24
**spell** [1] - 20:18
**spelling** [1] - 20:20
**SPENCER** [1] - 2:19
**Spencer** [1] - 5:5
**spencerpersson@dwt.com** [1] - 2:21
**splitting** [1] - 4:17
**staff** [1] - 29:16
**start** [3] - 6:17, 22:22
**starting** [1] - 23:11
**state** [31] - 4:15, 10:21, 11:7, 11:11, 11:17, 12:5, 12:7, 12:12, 12:16, 12:19, 12:20, 13:19, 14:3, 14:13, 14:17, 14:18, 17:8, 17:10, 18:13, 18:20, 19:3, 19:13, 19:14, 19:17, 20:6, 20:12, 20:13, 21:17, 23:22, 24:17, 24:22
**STATE** [1] - 31:4
**statement** [14] - 16:16, 17:1, 17:3, 17:4, 17:7, 18:11, 18:19, 18:23, 19:2, 19:6, 19:12, 19:24, 19:25, 24:25
**statement'** [1] - 24:4
**STATES** [1] - 1:1
**States** [3] - 31:6, 31:8, 31:13
**statute** [1] - 10:10
**stenographically** [1] - 31:10
**still** [4] - 9:20, 13:6, 14:23, 14:25
**Street** [3] - 2:5, 2:10, 2:19
**STREET** [1] - 1:24
**street** [1] - 22:15
**successful** [1] - 13:4
**sued** [3] - 10:4, 10:7, 10:8
**suggest** [1] - 22:1
**suggestion** [1] - 21:13
**suing** [2] - 20:10, 22:1

**suit** [5] - 10:11, 10:19, 10:23, 10:25, 11:4
**Suite** [5] - 2:5, 2:11, 2:15, 2:20, 28:25
**suits** [3] - 10:12, 10:14, 10:18
**Superior** [8] - 12:1, 16:10, 17:14, 23:12, 23:25, 24:20, 25:18
**supplemental** [1] - 12:17
**supporting** [2] - 6:3, 6:5

## T

**tactical** [1] - 15:22
**Tangman** [1] - 5:10
**Tarabichi** [1] - 3:12
**TASKUS** [2] - 1:7, 2:17
**TaskUs** [11] - 3:5, 5:6, 6:14, 6:23, 10:1, 10:2, 10:8, 15:10, 19:8, 23:6, 23:18
**team** [1] - 5:23
**technically** [1] - 6:6
**Telephonic** [2] - 25:22, 30:1
**term** [1] - 13:21
**THE** [116] - 3:5, 3:9, 3:11, 3:14, 3:17, 3:21, 3:24, 4:5, 4:7, 4:13, 4:19, 4:23, 5:1, 5:4, 5:7, 5:10, 5:12, 5:14, 5:16, 5:21, 6:1, 6:4, 6:7, 6:15, 6:17, 6:20, 6:24, 7:5, 7:15, 8:3, 8:11, 8:15, 8:17, 8:21, 8:25, 9:9, 9:24, 10:4, 10:6, 10:9, 10:14, 10:17, 10:22, 10:24, 11:2, 11:5, 11:16, 11:20, 11:22, 11:25, 12:4, 12:11, 12:14, 12:19, 12:24, 13:3, 13:9, 14:6, 14:10, 14:21, 15:4, 15:14, 16:4, 16:14, 17:3, 17:6, 17:10, 17:12, 18:1, 18:3, 18:5, 18:8, 18:19, 19:11, 19:21, 20:2, 20:15, 20:17, 20:22, 20:24, 21:1, 21:4, 21:6, 21:10, 21:13, 22:5, 22:20, 23:6, 25:11, 25:13, 25:16, 25:24, 26:1, 26:9, 26:13, 26:19, 26:23,

27:1, 27:6, 27:11, 27:21, 27:25, 28:2, 28:5, 28:11, 28:15, 28:19, 29:1, 29:3, 29:4, 29:7, 29:11, 29:15, 29:21, 29:24, 30:2
**themselves** [1] - 9:20
**they've** [1] - 20:11
**thinking** [1] - 19:18
**third** [1] - 21:18
**three** [7] - 4:4, 4:22, 5:2, 6:25, 14:12, 18:4, 27:14
**Thursday** [4] - 26:20, 26:24, 27:2, 27:4
**tied** [1] - 15:7
**Title** [1] - 31:8
**TO** [1] - 1:13
**today** [3] - 5:24, 22:3, 22:8
**together** [1] - 16:1
**token** [2] - 14:10, 26:5
**Toro** [1] - 28:24
**traditional** [1] - 14:2
**transcribed** [1] - 23:5
**Transcript** [1] - 1:5
**transcript** [2] - 31:9, 31:11
**TRANSCRIPT** [1] - 1:12
**traveling** [1] - 27:4
**TREMAINE** [1] - 2:18
**tremendous** [1] - 15:25
**trial** [3] - 28:3, 29:17, 30:4
**tries** [1] - 9:19
**troublesome** [1] - 19:21
**true** [2] - 19:15, 31:9
**trust** [1] - 15:24
**trying** [4] - 7:20, 10:12, 15:17, 16:4
**Tuesday** [2] - 27:19, 28:19
**turn** [1] - 16:7
**two** [11] - 7:21, 9:3, 11:9, 12:14, 16:23, 17:16, 21:14, 22:1, 22:11, 27:13, 27:17

## U

**U.S** [3] - 1:3, 16:18, 24:6
**ultimately** [1] - 15:9
**unable** [1] - 26:7
**under** [3] - 7:13, 14:19, 19:16

**underway** [1] - 25:1
**unfair** [1] - 19:16
**UNITED** [1] - 1:1
**United** [3] - 31:6, 31:8, 31:13
**unless** [3] - 18:12, 22:21, 23:18
**up** [9] - 13:5, 14:3, 15:21, 20:21, 20:22, 24:23, 25:13, 25:19, 27:13
**USA** [3] - 2:8, 2:8, 5:3

## V

**vacation** [1] - 26:22
**versa** [1] - 17:14
**vice** [1] - 17:14
**view** [1] - 22:11
**voluminous** [1] - 8:7
**voluntarily** [1] - 24:17
**vs** [3] - 1:6, 3:5, 23:6

## W

**Wager** [1] - 3:15
**ways** [2] - 21:14, 27:22
**week** [5] - 26:19, 26:24, 26:25, 27:1, 27:8
**weeks** [2] - 9:4, 27:14
**weigh** [1] - 7:20
**weighed** [1] - 7:25
**West** [1] - 2:10
**WEST** [1] - 1:24
**whole** [1] - 5:17
**witnesses** [1] - 15:1
**Woodin** [1] - 5:12
**word** [1] - 9:18
**words** [7] - 4:13, 8:7, 12:21, 15:6, 17:13, 20:5, 21:22
**works** [3] - 23:1, 27:24, 28:1
**worst** [2] - 13:7, 14:22
**worst-case** [1] - 13:7
**wrap** [1] - 24:23
**WRIGHT** [1] - 2:18
**write** [1] - 21:12
**writing** [1] - 7:16

## Y

**years** [1] - 17:22
**York** [3] - 4:12, 4:17, 18:7
**yourself** [2] - 15:2, 20:3

## Z

**ZIP** [1] - 29:5

**UNITED STATES DISTRICT COURT**